IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiffs,<br><br>vs.<br><br>LAWRENCE HENDERSON,<br><br>  Defendant. | 8:18CR312<br><br>**ORDER** |

This matter is before the court on the motion of Attorney Adam J. Sipple to withdraw as counsel for the defendant, Lawrence Henderson. (Filing No. 67). Adam J. Sipple represents that he has accepted employment with the Nebraska ACLU and consequently cannot continue representation of Defendant. Adam J. Sipple's motion to withdraw (Filing No. 67) is granted.

Jessica P. Douglas, 1001 Farnam Street, 3rd Floor, Omaha, NE 68102, (402) 341-0700, is appointed to represent Lawrence Henderson for the balance of these proceedings pursuant to the Criminal Justice Act. Adam J. Sipple shall forthwith provide Jessica P. Douglas with the discovery materials provided the defendant by the government and such other materials obtained by Adam J. Sipple which are material to Lawrence Henderson's defense.

The clerk shall provide a copy of this order to Jessica P. Douglas and the defendant.

**IT IS SO ORDERED.**

Dated this 27th day of January, 2020.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge