IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>KENDALL MILLER and LAWRENCE HENDERSON<br><br>               Defendant. | 8:18CR312<br><br><br>ORDER |

      This matter is before the court on the Defendant Henderson's Unopposed Motion to Continue Trial [70]. Based on the reasons set forth in the motion, the court finds good cause has been shown and the motion should be granted. Accordingly,

      **IT IS ORDERED** that the Defendant Henderson's Unopposed Motion to Continue Trial [70] is granted as follows:

      1. The jury trial, **as to both defendants,** now set for February 4, 2020, is continued to **April 28, 2020.**

      2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 28, 2020,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

      Dated this 29th day of January 2020.

                                              BY THE COURT:

                                              s/Susan M. Bazis
                                              United States Magistrate Judge