IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAWRENCE HENDERSON and KENDALL MILLER,<br><br>Defendants. | 8:18CR312<br><br>ORDER |

This matter is before the court on Defendant Henderson's Unopposed Motion to Continue Trial [77]. Counsel seeks additional time to complete the investigation into the Defendant's defense and resolve this matter short of trial. For good cause shown,

**IT IS ORDERED** that Defendant Henderson's Unopposed Motion to Continue Trial [77] is granted, as follows:

1. The jury trial, **as to both defendants,** now set for September 29, 2020, is continued to **December 8, 2020.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and December 8, 2020**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED: September 24, 2020.**

BY THE COURT:

s/Susan M. Bazis
United States Magistrate Judge