IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 8:18CR312 |
| vs. | ) ) | ORDER |
| LAWRENCE HENDERSON, and KENDALL MILLER, | ) ) ) | |
| Defendants. | ) | |

This matter is before the court on the defendant, Kendall Miller's Unopposed Motion to Continue Trial [81]. Counsel needs additional time to make further attempts to find a mutually acceptable resolution. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [81] is granted, as follows:

1. The jury trial, **for both defendants**, now set for December 8, 2020, is continued to **February 22, 2021.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 22, 2021**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. **No further continuances will be granted without a hearing before the undersigned magistrate judge.**

**DATED: November 18, 2020.**

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**