IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LAWRENCE HENDERSON,<br><br>　　　　　　Defendant. | 8:18CR312<br><br>**ORDER** |

　　　　This matter is before the court on the motion of Jessica P. Douglas to withdraw as counsel for the defendant, Lawrence Henderson. (Filing No. 98). Jessica P. Douglas represents that she is relocating to Illinois and can no longer maintain a private practice in Nebraska. Jessica P. Douglas's motion to withdraw (Filing No. 98) is granted.

　　　　Mark W. Bubak, 1216 North 101st Circle, Omaha, NE 68114, (402) 934-9250, is appointed to represent Lawrence Henderson for the balance of these proceedings pursuant to the Criminal Justice Act. Jessica P. Douglas shall forthwith provide Mark W. Bubak with the discovery materials provided the defendant by the government and such other materials obtained by Jessica P. Douglas which are material to Lawrence Henderson's defense.

　　　　The clerk shall provide a copy of this order to Mark W. Bubak and the defendant.

　　　　IT IS SO ORDERED.

　　　　Dated this 29th day of July, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge